# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Lori A. Hutchinson aka Lori A Milliken<br><br>Debtor | BK NO. 18-01979 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Ditech Financial LLC as servicer for The Bank of New York Mellon Trust Company N.A. as successor in interest to all permitted successors and assigns of Bank One, National Association as Trustee, of the GreenPoint Manufactured Housing Contract Trust, Pass-Through Certificates, Series 2000-3 and index same on the master mailing list.

                          Respectfully submitted,

                         **/s/ James C. Warmbrodt, Esquire**
                         James C. Warmbrodt, Esquire
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA  19106
                         215-627-1322