In re:                                                          Case No. 18-01979-HWV
Lori A Hutchinson                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1          Date Rcvd: Apr 14, 2020
                           Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
5085340          The Bank of New York Mellon Trust Company N.A., as,   c/o Ditech Financial LLC,   P.O. Box 6154,
                 Rapid City, SD 57709-6154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Donald  Zagurskie   on behalf of Plaintiff Lori A Hutchinson jzmlawbecky@nmax.net,
        jzmlawoffice@gmail.com
        Donald  Zagurskie   on behalf of Debtor 1 Lori A Hutchinson jzmlawbecky@nmax.net,
        jzmlawoffice@gmail.com
        James  Warmbrodt   on behalf of Creditor   Bank of New York Mellon Trust Company N.A. as
        successor in interest to all permitted successors and assigns of Bank One, et al.
        bkgroup@kmllawgroup.com
        Laura  Egerman   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
        bkyecf@rasflaw.com,   legerman@rasnj.com;ras@ecf.courtdrive.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-01979-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Lori A Hutchinson
12052 Rt 35 South
Mifflin PA 17058

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/13/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: The Bank of New York Mellon Trust Company N.A., as, c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
NewRez LLC d/b/a Shellpoint Mortgage Ser
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/16/20

Terrence S. Miller

**CLERK OF THE COURT**