## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    LORI A HUTCHINSON
          AKA: LORI A MILLIKEN


          Debtor(s)

          CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                Movant          CASE NO: 1-18-01979-HWV

          vs.

          LORI A HUTCHINSON
          AKA: LORI A MILLIKEN

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on December 9, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   <u>December 9, 2020</u>          Respectfully submitted,

          <u>/s/   James K. Jones, Esquire</u>
          <u>ID:  39031</u>
          Attorney for Movant
          Charles J. DeHart, III
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          Phone:  (717) 566-6097
          Fax:  (717) 566-8313
          eMail:  jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    LORI A HUTCHINSON
          AKA: LORI A MILLIKEN

                CHAPTER 13

          Debtor(s)


          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE        CASE NO: 1-18-01979-HWV
                Movant

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

          January 13, 2021 at 09:35 AM
          This hearing will be held telephonically using Courtcall.


YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 1172.02**
**AMOUNT DUE FOR THIS MONTH:  $422.67**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $1594.69**

**NOTE:**
       **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

       **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
       **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

     If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 9, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   LORI A HUTCHINSON
          AKA: LORI A MILLIKEN

                                 CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III          CASE NO: 1-18-01979-HWV
          CHAPTER 13 TRUSTEE
          Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 9, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

DONALD ZAGURSKIE, ESQUIRE              UNITED STATES TRUSTEE
117 MAIN STREET                              SUITE 1190
PO BOX O                                     228 WALNUT STREET
MIFFLIN, PA  17058-                     HARRISBURG, PA  17101

Served by First Class Mail

LORI A HUTCHINSON
12052 RT 35 SOUTH
MIFFLIN, PA  17058

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 9, 2020            Liz Joyce
                                for Charles J. DeHart, III, Trustee
                                Suite A, 8125 Adams Dr.
                                Hummelstown, PA  17036
                                Phone:  (717) 566-6097
                                eMail:  dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    LORI A HUTCHINSON
           AKA: LORI A MILLIKEN

                                   CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                 Movant                   CASE NO: 1-18-01979-HWV

          vs.

          LORI A HUTCHINSON          MOTION TO DISMISS
          AKA: LORI A MILLIKEN

**ORDER DISMSSING CASE**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.