United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                               Case No. 18-01979-HWV

Lori A Hutchinson                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                                    Page 1 of 2

Date Rcvd: Apr 22, 2021                      Form ID: ntpasnh                                  Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori A Hutchinson, 12052 Rt 35 South, Mifflin, PA 17058-7004 |
| cr | + | Ditech Financial LLC, PO Box 0049, Palatine, IL 60055-0001 |
| 5059644 | | ARS, a division of HRRG, LLC, PO Box 459079, Sunrise, FL 33345-9079 |
| 5059643 | | Abigail Brunner Esq, Phelan Hallinan Diamon & Jones, One Penn Ctr Plaza Suite 1400, Philadelphia, PA 19103 |
| 5059645 | | Ditech Bankruptcy Dept, PO Box 6154, Rapid City, SD 57709-6154 |
| 5095696 | + | Juniata County Tax Claim Bureau, PO Box 68, Mifflintown, PA 17059-0068 |
| 5320581 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 5320580 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5059647 | + | The Bank of New York Mellon, as Trustee for Greenpoint, 3000 Bayport Drive, Ste 880, Tampa, FL 33607-8409 |
| 5085340 | | The Bank of New York Mellon Trust Company N.A., as, c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 5059648 | + | US Bank NA, 7360 South Kyrene T314, Tempe, AZ 85283-8432 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5082148 | Email/Text: G06041@att.com | Apr 22 2021 19:06:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5066250 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 22 2021 19:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5059646 | ##+ | Ditech Financial LLC, 7360 S Kyrene Rd, Mail Stop T330, Tempe, AZ 85283-4583 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021　　　　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Donald K. Zagurskie | on behalf of Plaintiff Lori A Hutchinson jzmlawoffice@gmail.com |
| Donald K. Zagurskie | on behalf of Debtor 1 Lori A Hutchinson jzmlawoffice@gmail.com |
| James Warmbrodt | on behalf of Creditor Bank of New York Mellon Trust Company N.A. as successor in interest to all permitted successors and assigns of Bank One et al. bkgroup@kmllawgroup.com |
| Laura Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com legerman@rasnj.com;ras@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lori A Hutchinson
aka Lori A Milliken

**Debtor 1**

Chapter: 13

Case number: 1:18−bk−01979−HWV

Document Number: 56

Matter: Debtor's Motion to Reinstate Case

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **May 6, 2021**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 22, 2021 |

ntpasnh(05/18)