**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|                              |     |                        |
|------------------------------|-----|------------------------|
|                              | )   |                        |
|                              | )   | CHAPTER 13             |
| LORI A. HUTCHINSON           | )   |                        |
|                              | )   | CASE NO. 18-01979-HWV  |
| aka LORI A. MILLIKEN         | )   |                        |
|                              | )   |                        |
| DEBTOR                       |     |                        |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of The Bank of New York Mellon Trust Company N.A. as successor in interest to all permitted successors and assigns of Bank One, National Association as Trustee, of the GreenPoint Manufactured Housing Contract Trust, Pass-Through Certificates, Series 2000-3 and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 18th day of November, 2021

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Tennessee Bar # 035733
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 18th of November 2021.

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq
Tennessee Bar # 035733
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 18-01979-HWV)

*DEBTOR*
LORI A. HUTCHINSON
12052 RT. 35 SOUTH
MIFFLIN, PA 17058

*ATTORNEY FOR DEBTOR*
DONALD K. ZAGURSKIE
JOHNSTON & ZAGURSKIE, PC
117 MAIN STREET
P.O. BOX O
MIFFLIN, PA 17058
JZMLAWOFFICE@GMAIL.COM

*TRUSTEE*
JACK ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*U.S. TRUSTEE*
228 WALNUT STEET, SUITE 1190
HARRISBURG, PA 1190
USTPREGION03.HA.ECF@USDOJ.GOV