UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LORI A. HUTCHINSON | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| LORI A. HUTCHINSON | : | |
| Respondent | : | CASE NO. 1:18-bk-01979 |

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE
## TO MAKE PLAN PAYMENTS

AND NOW, this 13th day of December, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, and respectfully represents the following:

1) Debtor's Chapter 13 Bankruptcy Petition was filed on May 10, 2018.

2) Debtor's Chapter 13 Plan was filed on May 10, 2018.

3) The debtor made a payment to the Chapter 13 Trustee by personal check on October 13, 2020 in the amount of $422.67.

4) The debtor's personal check was returned to the Trustee for insufficient funds.

5) The Trustee, by correspondence dated October 15, 2020, advised the debtor that all future payments must be by certified check or money order.

6) The debtor made a payment on December 6, 2021, by a personal check in the amount of $422.67 which payment was dishonored by the bank.

7) Trustee represents and alleges that debtor is not making payments in good faith and is further complicating the administrative process of the Chapter 13 by issuing personal checks for which the payment is being dishonored.

WHEREFORE, your Trustee respectfully requests Your Honorable Court to dismiss debtor's Chapter 13 Petition.

Respectfully submitted,

/s/Jack N. Zaharopoulos
Sanding Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

## CERTIFICATE OF SERVICE

        AND NOW, this   13th   day of December, 2021 I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Donald Zagurskie, Esquire
117 Main Street
P.O. Box 0
Mifflin, PA   17058

                                                   /s/Deborah A. Behney
                                                   Office of Jack N. Zaharopoulos
                                                   Standing Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LORI A. HUTCHINSON a/k/a : CHAPTER 13
LORI A. MILLIKEN :
Debtor :
:
: CASE NO. 1-18-bk-01979-HWV
:
: MOTION TO DISMISS

NOTICE TO PARTIES

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| United States Bankruptcy Court
Ronald Reagan Federal Building
Bankruptcy Courtroom (3rd Floor)
Third & Walnut Streets
Harrisburg, PA 17101 | Date: January 12, 2022

Time: 9:35 am |

Any objection/response to the above referenced matter must be filed and served on or before: **December 27, 2021.**

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

                              Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              Phone: (717) 566-6097
                              Fax: (717) 566-8313
Dated: December 13, 2021        E-Mail: infor@pamd13trustee.com