UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LORI A. HUTCHINSON a/k/a : CHAPTER 13
LORI A. MILLIKEN
   Debtor :
    :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
    :
   vs. :
LORI A. HUTCHINSON a/k/a : CASE NO. 1-18-bk-01979-HWV
LORI A. MILLIKEN :
   Respondent : MOTION TO DISMISS

## ORDER

Upon consideration of the Trustee's Motion to Dismiss for Failure to Make Payments,

IT IS HEREBY ORDERED that the above-captioned bankruptcy is dismissed.