UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| LORI A. HUTCHINSON aka | : | |
| aka LORI A. MILLIKEN, | : | Case No. 1-18-bk-01979-HWV |
| Debtor | : | |

# **ORDER**

AND NOW, at Harrisburg, in said District, upon consideration of Withdrawal of Voluntary Chapter 13 Case by Debtors pursuant to 11 U.S.C. 1307(b) and it having been determined that this case should be dismissed, it is

ORDERED that the case of the above-named Debtors be and it hereby is dismissed and it is further

ORDERED that the Trustee hereby is discharged from further responsibility in this case, and it is further

ORDERED that all pending adversary proceedings in this case be and they hereby are dismissed, and it is further

ORDERED that any outstanding fees are immediately due and payable to the U.S. Bankruptcy Court.