United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-01979-HWV |
| Lori A Hutchinson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 12, 2022 | Form ID: pdf010 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori A Hutchinson, 12052 Rt 35 South, Mifflin, PA 17058-7004 |
| cr | + | Ditech Financial LLC, PO Box 0049, Palatine, IL 60055-0001 |
| 5059644 | | ARS, a division of HRRG, LLC, PO Box 459079, Sunrise, FL 33345-9079 |
| 5059643 | | Abigail Brunner Esq, Phelan Hallinan Diamon & Jones, One Penn Ctr Plaza Suite 1400, Philadelphia, PA 19103 |
| 5446669 | + | Bank of New York Mellon Trust Company N.A., c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 5059645 | | Ditech Bankruptcy Dept, PO Box 6154, Rapid City, SD 57709-6154 |
| 5095696 | + | Juniata County Tax Claim Bureau, PO Box 68, Mifflintown, PA 17059-0068 |
| 5320580 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5320581 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 5059647 | + | The Bank of New York Mellon, as Trustee for Greenpoint, 3000 Bayport Drive, Ste 880, Tampa, FL 33607-8409 |
| 5420869 | | The Bank of New York Mellon Trust Company N.A., Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 5420870 | + | The Bank of New York Mellon Trust Company N.A., Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 The Bank of New York Mellon Trust Compan 29603-082 |
| 5085340 | | The Bank of New York Mellon Trust Company N.A., as, c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 5059648 | + | US Bank NA, 7360 South Kyrene T314, Tempe, AZ 85283-8432 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5082148 | Email/Text: G06041@att.com | Jan 12 2022 18:46:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5066250 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2022 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5059646 | ##+ | Ditech Financial LLC, 7360 S Kyrene Rd, Mail Stop T330, Tempe, AZ 85283-4583 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2022        Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donald K. Zagurskie | on behalf of Debtor 1 Lori A Hutchinson jzmlawoffice@gmail.com |
| Donald K. Zagurskie | on behalf of Plaintiff Lori A Hutchinson jzmlawoffice@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bank of New York Mellon Trust Company N.A. as successor in interest to all permitted successors and assigns of Bank One et al. bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor The Bank of New York Mellon Trust Company N.A. as successor in interest to all permitted successors and assigns of Bank One National Association as Trustee, of the GreenPoint Manufactured Housing Con josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Joshua I Goldman | on behalf of Creditor The Bank of New York Mellon Trust Company N.A. as successor in interest to all permitted successors and assigns of Bank One National Association as Trustee of the Greenpoint Manufactured Housing Cont josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Laura Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com legerman@rasnj.com;ras@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  :  Chapter 13
:
LORI A. HUTCHINSON aka  :
aka LORI A. MILLIKEN,  :  Case No. 1-18-bk-01979-HWV
Debtor  :

# ORDER

Upon consideration of Withdrawal of Voluntary Chapter 13 Case by Debtors pursuant to 11 U.S.C. 1307(b) and it having been determined that this case should be dismissed, it is

ORDERED that the case of the above-named Debtors be and it hereby is dismissed and it is further

ORDERED that the Trustee hereby is discharged from further responsibility in this case, and it is further

ORDERED that all pending adversary proceedings in this case be and they hereby are dismissed, and it is further

ORDERED that any outstanding fees are immediately due and payable to the U.S. Bankruptcy Court.

Dated: January 12, 2022        By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (MS)